IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02739-LTB

RICKY ANDREW THOMPSON,

    Plaintiff,

v.

OUACHITA PARISH (LA),

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 29 day of November, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ M.J. Garcia
                    Deputy Clerk